UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL T. COHEN, derivatively
and on behalf of BEAR STEARNS
COMPANIES, INC.,

                 Plaintiff,

vs.

BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, SAMUEL L.
MOLINARO, JEFFREY M. FARBER,
JEFFREY MAYER, MICHAEL MINIKES,
ALAN D. SCHWARTZ, WARREN J.
SPECTOR, HENRY BIENEN, CARL D.
GLICKMAN, MICHAEL GOLDSTEIN,
ALAN C. GREENBERG, DONALD J.
HARRINGTON, FRANK T. NICKELL,
PAUL A. NOVELLY, FREDERIC V.
SALERNO, VINCENT TESE, WESLEY S.
WILLIAMS, JR.

                 Defendants.

Civil Action No. 07 CV 10453

RULE 7.1 STATEMENT

Judge Berman



---

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Samuel T. Cohen, Derivatively and on Behalf of BEAR STEARNS COMPANIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    No corporate parent
    No publicly held affiliates or subsidiaries

Dated: November 19, 2007

                                    David A.P. Brower (DB-4923)