# GIBSON, DUNN & CRUTCHER LLP

LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

200 Park Avenue  New York, New York 10166-0193
(212) 351-4000
www.gibsondunn.com
RMastro@gibsondunn.com

**MEMO ENDORSED**

December 17, 2007

Direct Dial
(212) 351-3825

Fax No.
(212) 351-5219

Client No.
T 12422-00001

> Adjourned to 1/10/08 @ 9:30 AM on consent.
>
> SO ORDERED:
> Date: 12/18/07
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

VIA HAND DELIVERY

The Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 650
New York, New York  10007

Re:   *Cohen v. Bear Stearns Companies, Inc.*, 07-cv-10453

Dear Judge Berman:

    I write as counsel for certain of the individual defendants in this shareholder derivative action.  Pursuant to Your Honor's scheduling order, we are to appear before Your Honor on Tuesday, January 8, 2008, for our first court conference.  I respectfully request a brief adjournment of that conference to either January 10 or January 14, 2008.  I made a prior commitment to my former boss and friend, Rudolph Giuliani, that I would join him in New Hampshire that day, which happens to be the date of that state's presidential primary, and if at all possible, I would be most appreciative if I could honor that commitment.  I understand that other counsel have no objection to this request.  As always, I appreciate Your Honor's consideration.

Respectfully,

*Randy Mastro*

Randy M. Mastro

RECEIVED
DEC 18 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.



RMM/msk

cc:   David Brower, Esq.
      Jay Kasner, Esq.