DAVID A.P. BROWER
brower@browerpiven.com

**BROWER PIVEN**
A PROFESSIONAL CORPORATION
488 MADISON AVENUE
EIGHTH FLOOR
NEW YORK, NEW YORK 10022

Telephone (212) 501-9000
Facsimile  (212) 501-0300



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08

**MEMO ENDORSED**

February 28, 2008

**BY HAND**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

    Re:   *Cohen v. Bear, Stearns & Co. Inc.*, No. 07-cv-10453-RMB (S.D.N.Y.);
            *Birn v. Cayne*, No. 08-cv-00855-LLS (S.D.N.Y.)

Dear Judge Berman:

Plaintiffs in the above matters respectfully request a short extension from Friday, February 29, 2008, to Monday, March 3, 2008, to file an amended complaint. It is plaintiffs' intention that the amended complaint will encompass both the *Cohen* action, as well as the *Birn* action that recently was recently reassigned to Your Honor.

Defendants' counsel have informed plaintiffs' counsel that defendants take no position with respect to the relief requested.

Respectfully submitted,

/s/ David A.P. Brower

Application Granted.

cc: All Counsel of Record

SO ORDERED:
Date: 2/28/08   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.