UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, derivatively and on behalf of BEAR STEARNS COMPANIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES E. CAYNE, SAMUEL L. MOLINARO, JEFFREY M. FARBER, JEFFREY MAYER, MICHAEL MINIKES, ALAN D. SCHWARTZ, WARREN J. SPECTOR, HENRY BIENEN, CARL D. GLICKMAN, MICHAEL GOLDSTEIN, ALAN C. GREENBERG, DONALD J. HARRINGTON, FRANK T. NICKELL, PAUL A. NOVELLY, FREDERIC V. SALERNO, VINCENT TESE, WESLEY S. WILLIAMS, JR., <br><br> Defendants, <br> -and- <br><br> THE BEAR STEARNS COMPANIES, INC., a Delaware corporation, <br><br> Nominal Defendant | Civil Action No. 07-cv-10453-RMB |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically mailed and on March 5, 2008, I mailed with the United States Postal Service Plaintiffs' Verified Amended Shareholders' Derivative Complaint filed March 3, 2008 in the United States District Court for the Southern District of New York to the following Defendants' counsel:

Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
212-735-3000
212-735-2000 (fax)
smusoff@skadden.com

Robert F. Serio
Randy M. Mastro
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166-0193
(212) 351-4000
rserio@gibsondunn.com
rmastro@gibsondunn.com

Executed: March 6, 2008
        New York, New York

_____
Eric C. Love
Legal Assistant/Not Admitted

**BROWER PIVEN,**
A Professional Corporation
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300