UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————x
SAMUEL T. COHEN, derivatively
and on behalf of BEAR STEARNS
COMPANIES, INC.,
                Plaintiff,

vs.

BEAR STEARNS COMPANIES, INC., et al.,

                Defendants.
———————————————————x

07 CV 10453 (RMB)

**STIPULATION AND AGREED ORDER FOR SUBSTITUTION OF COUNSEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08

       WHEREAS, on November 19, 2007, this action (the "Action") was commenced against The Bear Stearns Companies, Inc. (the "Company") and certain individuals including James E. Cayne, Jeffrey M. Farber, Alan C. Greenberg, Jeffrey Mayer, Michael Minikes, Samuel L. Molinaro, Alan D. Schwartz and Warren J. Spector (collectively, the "Certain Individuals"); and

       WHEREAS, an Amended Complaint was filed in this action on March 3, 2008; and

       WHEREAS, Defendants' motion to dismiss the Amended Complaint is due on or before May 12, 2008; and

       WHEREAS, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") has represented the Company and the Certain Individuals in the Action; and

       WHEREAS, Skadden, Arps and the Company and Certain Individuals have agreed that Skadden, Arps may withdraw as counsel in the Action and be substituted as counsel of record by Cadwalader, Wickersham & Taft LLP ("Cadwalader").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that Cadwalader be substituted in the place of Skadden, Arps as counsel of record for the Company and Certain Individuals.

Dated: March 16, 2008
      New York, New York

_____
Jay B. Kasner
Scott D. Musoff
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

_____
Gregory A. Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

SO ORDERED
_____RMS_____
U.S.D.J.

March 17, 2008
New York, New York

2