UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――― x
:
SAMUEL T. COHEN and JEROME BIRN,       : 07 CV 10453 (RMB)
derivatively and on behalf of BEAR STEARNS :
COMPANIES, INC.,                       : **STIPULATION AND**
                                       : ~~[PROPOSED]~~ **ORDER**
            Plaintiffs,                : **REGARDING FILING OF**
                                       : **SECOND AMENDED**
      vs.                              : **COMPLAINT AND BRIEFING**
                                       : **SCHEDULE**
THE BEAR STEARNS COMPANIES, INC., et al., :
                                       :
            Defendants.                :
―――――――――――――――――――――――――――― x

This Stipulation is entered into by and among the parties to this action.

WHEREAS, at a conference before this Court on January 10, 2008, plaintiffs were granted leave to file an amended complaint; and

WHEREAS, on March 3, 2008, plaintiffs filed an amended complaint; and

WHEREAS, plaintiffs now seek leave to file a second amended complaint, and defendants consent to the filing of such complaint;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

1.    Plaintiffs are granted leave to file and serve a second amended complaint on or before April 10, 2008.

2.    Defendants need not respond to any existing complaints filed by plaintiffs.

3.    Defendants are granted leave to file and serve a joint motion to dismiss the second amended complaint no later than 60 days from the date of the filing of plaintiffs' second amended complaint.

4. Plaintiffs are granted leave to file and serve an opposition to defendants' motion to dismiss no later than 40 days from the date of the filing of defendants' motion to dismiss.

5. Defendants are granted leave to file and serve a reply in support of their motion to dismiss no later than 20 days from the date of the filing of plaintiffs' opposition.

6. Defendants' motion to dismiss will be limited to 35 pages, exclusive of exhibits; plaintiffs' opposition to defendants' motion to dismiss will be limited to 35 pages, exclusive of exhibits; and defendants' reply in support of their motion to dismiss will be limited to 15 pages, exclusive of exhibits.

Dated: April 4, 2008

BROWER PIVEN
A Professional Corporation

By: _____
     David A. P. Brower

488 Madison Avenue
Eighth Floor
New York, NY 10022
(212) 501-9000

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
GEORGE C. AGUILAR
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Fax: (619) 525-3991

LAW OFFICES OF THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, NY 10107
Telephone: (212) 810-2430
Fax: (212) 810-2427

*Attorneys for Plaintiffs Samuel Cohen and Jerome Birn*

CADWALADER, WICKERSHAM & TAFT LLP

By: _____
Gregory A. Markel
Ronit Setton

One World Financial Center
New York, NY 10281
(212) 504-6000

*Attorneys for Defendants The Bear Stearns Companies, Inc., James E. Cayne, Jeffrey M. Farber, Alan C. Greenberg, Jeffrey Mayer, Michael Minikes, Samuel L. Molinaro, Alan D. Schwartz and Warren J. Spector.*

GIBSON, DUNN & CRUTCHER LLP

By: _____
Randy M. Mastro
Robert F. Serio

200 Park Avenue
New York, NY 10166
(212) 351-4000

*Attorneys for Defendants Henry Bienen, Carl D. Glickman, Michael Goldstein, Donald J. Harrington, Frank T. Nickell, Paul A. Novelly, Frederic V. Salerno, Vincent Tese, and Wesley S. Williams, Jr.*

SO ORDERED:

Date: 4/7/08

_____
Richard M. Berman
United States District Judge

CADWALADER, WICKERSHAM &
TAFT LLP


By: _____
           Gregory A. Markel
           Ronit Setton

One World Financial Center
New York, NY 10281
(212) 504-6000

*Attorneys for Defendants The Bear Stearns Companies, Inc., James E. Cayne, Jeffrey M. Farber, Alan C. Greenberg, Jeffrey Mayer, Michael Minikes, Samuel L. Molinaro, Alan D. Schwartz and Warren J. Spector*

GIBSON, DUNN & CRUTCHER LLP

By: _____
           Randy M. Mastro
           Robert F. Serio

200 Park Avenue
New York, NY 10166
(212) 351-4000

*Attorneys for Defendants Henry Bienen, Carl D. Glickman, Michael Goldstein, Donald J. Harrington, Frank T. Nickell, Paul A. Novelly, Frederic V. Salerno, Vincent Tese, and Wesley S. Williams, Jr.*


SO ORDERED:

Date: _____     _____
                                          Richard M. Berman
                                          United States District Judge