UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, derivatively and on behalf of BEAR STEARNS COMPANIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES E. CAYNE, SAMUEL L. MOLINARO, JEFFREY M. FARBER, JEFFREY MAYER, MICHAEL MINIKES, ALAN D. SCHWARTZ, WARREN J. SPECTOR, HENRY BIENEN, CARL D. GLICKMAN, MICHAEL GOLDSTEIN, ALAN C. GREENBERG, DONALD J. HARRINGTON, FRANK T. NICKELL, PAUL A. NOVELLY, FREDERIC V. SALERNO, VINCENT TESE, WESLEY S. WILLIAMS, JR., <br><br> Defendants, <br> -and- <br><br> THE BEAR STEARNS COMPANIES, INC., a Delaware corporation, <br><br> Nominal Defendant | Civil Action No. 07-cv-10453-RMB |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, I caused to be electronically mailed and on April 11, 2008 I mailed, postage pre-paid, with the United States Postal Service true and correct copies of Plaintiffs' Verified Second Amended Shareholder Derivative and Class Complaint filed April 10, 2008 in the United States District Court for the Southern District of New York to the following Defendants' counsel:

Ronit Setton
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6130
ronit.setton@cwt.com

Robert F. Serio
Randy M. Mastro
Gibson Dunn & Crutcher
200 Park Avenue
47th Floor
New York, NY 10166-0193
(212) 351-4000
rserio@gibsondunn.com
rmastro@gibsondunn.com

Executed: April 14, 2008
       New York, New York

_/s/ Eric C. Love_
Eric C. Love
Legal Assistant/Not Admitted

**BROWER PIVEN,**
A Professional Corporation
488 Madison Avenue
Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300