UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN,<br><br>                         Plaintiff,<br><br>                         v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                         Defendants. | No. 07 Civ. 10453 (RMB) |

## **NOTICE OF APPEARANCE**

        Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendants The Bear Stearns Companies Inc.

Dated: May 5, 2008
New York, New York

                                          PAUL, WEISS, RIFKIND, WHARTON &
                                          GARRISON LLP

                                          By:    /s/ Daniel J. Toal
                                                  Daniel J. Toal

                                          1285 Avenue of the Americas
                                          New York, New York  10019-6064
                                          Tel:   (212) 373-3000
                                          Fax:  (212) 757-3990
                                          Email:  dtoal@paulweiss.com

                                          *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 5, 2008, I served true copies of the attached: NOTICE OF APPEARANCE and CORPORATE DISCLOSURE STATEMENT OF THE BEAR STEARNS COMPANIES INC. on the following:

Gregory Arthur Markel
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281

Randy Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

3. I made such service by placing true copies of the aforementioned documents in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight Delivery.

Leana Loncarevic

Sworn to before me this
5th day of May, 2008

Notary Public

HERMAN M. WINKLES JR.
Notary Public, State of New York
No. 01WI5049365
Qualified in New York County