UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on behalf of themselves and all others similarly situated and derivatively on behalf of THE BEAR STEARNS COMPANIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. CAYNE, *et. al.*,<br><br>Defendants,<br><br>-and-<br><br>THE BEAR STEARNS COMPANIES INC., a Delaware corporation,<br><br>Nominal Defendant. | No. 07 Civ. 10453 (RWS);<br>No. 08 Civ. 855 (RWS) |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Kramer Levin Naftalis & Frankel LLP, is hereby entering an appearance as counsel of record for defendant James E. Cayne in the above-captioned actions.

Dated: May 9, 2008
New York, New York

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                      By:   /s/ David S. Frankel
                                              David S. Frankel, Esq.

                                      1177 Avenue of the Americas
                                      New York, New York 10036
                                      Tel: (212) 715-9100
                                      Fax: (212) 715-8000
                                      E-mail: dfrankel@kramerlevin.com

                                      *Attorneys for James E. Cayne*