UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on behalf of themselves and all others similarly situated and derivatively on behalf of THE BEAR STEARNS COMPANIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES E. CAYNE, *et. al.*, <br><br> Defendants, <br><br> -and- <br><br> THE BEAR STEARNS COMPANIES INC., a Delaware corporation, <br><br> Nominal Defendant. | No. 07 Civ. 10453 (RWS); <br> No. 08 Civ. 855 (RWS) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Kramer Levin Naftalis & Frankel LLP, is hereby entering an appearance as counsel of record for defendant James E. Cayne in the above-captioned actions.

Dated: May 9, 2008
New York, New York

                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                  By:   /s/ Stephen M. Sinaiko
                                        Stephen M. Sinaiko, Esq.

                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Tel: (212) 715-9100
                                  Fax: (212) 715-8000
                                  E-mail: ssinaiko@kramerlevin.com

                                  *Attorneys for James E. Cayne*