UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on behalf of themselves and all others similarly situated and derivatively on behalf of THE BEAR STEARNS COMPANIES INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　　　v. <br><br>JAMES E. CAYNE, *et. al.*, <br><br>　　　　　　　　Defendants, <br><br>　　　　　-and- <br><br>THE BEAR STEARNS COMPANIES INC., a Delaware corporation, <br><br>　　　　　　　　Nominal Defendant. | No. 07 Civ. 10453 (RWS); <br> No. 08 Civ. 855 (RWS) |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Kramer Levin Naftalis & Frankel LLP, is hereby entering an appearance as counsel of record for defendant James E. Cayne in the above-captioned actions.

Dated: May 9, 2008
New York, New York

　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS & FRANKEL LLP

　　　　　　　　　　　　　　　　By:    /s/ Jeremy R. Saks
　　　　　　　　　　　　　　　　　　　Jeremy R. Saks, Esq.

　　　　　　　　　　　　　　　　1177 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　Tel: (212) 715-9100
　　　　　　　　　　　　　　　　Fax: (212) 715-8000
　　　　　　　　　　　　　　　　E-mail: jsaks@kramerlevin.com

　　　　　　　　　　　　　　　　*Attorneys for James E. Cayne*