UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
SAMUEL T. COHEN and JEROME BIRN,
Individually and On Behalf of All Others      :   **ELECTRONICALLY FILED**
Similarly Situated
                                              :   07 CV 10453 (RWS)
                Plaintiff,
                                              :
        - against -                               **NOTICE OF APPEARANCE**
                                              :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                       :

                Defendants.                   :
-----------------------------------x


        Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                      /s/ Jay B. Kasner
                                                     Jay B. Kasner
                                                     SKADDEN, ARPS, SLATE,
                                                       MEAGHER & FLOM LLP
                                                     (Jay.Kasner@skadden.com)
                                                     Four Times Square
                                                     New York, New York 10036
                                                     (212) 735-3000

                                                     Attorneys for Defendant
                                                       Alan D. Schwartz