UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SAMUEL T. COHEN and JEROME BIRN,
Individually and On Behalf of All Others       :       **ELECTRONICALLY FILED**
Similarly Situated
                                               :       07 CV 10453 (RWS)
                    Plaintiff,
                                               :
        - against -                                    NOTICE OF APPEARANCE
                                               :
THE BEAR STEARNS COMPANIES, INC.,
et al.,                                        :

                    Defendants.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


        Please take notice that the undersigned, of the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Alan D. Schwartz.

Dated:   New York, New York
         May 12, 2008

                                                       /s/ Susan L. Saltzstein
                                                Susan L. Saltzstein
                                                SKADDEN, ARPS, SLATE,
                                                  MEAGHER & FLOM LLP
                                                (Susan.Saltzstein@skadden.com)
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000

                                                Attorneys for Defendant
                                                  Alan D. Schwartz