UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, On Behalf of Themselves and All Others Similarly Situated and Derivatively on Behalf of THE BEAR STEARNS COMPANIES, INC., | : Civil Action No. 07-cv-10453 (RMB) |
| Plaintiffs, | |
| vs. | |
| JAMES E. CAYNE, SAMUEL L. MOLINARO, JEFFREY M. FARBER, JEFFREY MAYER, MICHAEL MINIKES, ALAN D. SCHWARTZ, WARREN J. SPECTOR, HENRY BIENEN, CARL D. GLICKMAN, MICHAEL GOLDSTEIN, ALAN C. GREENBERG, DONALD J. HARRINGTON, FRANK T. NICKELL, PAUL A. NOVELLY, FREDERIC V. SALERNO, VINCENT TESE, WESLEY S. WILLIAMS, JR., | |
| Defendants, -and- | |
| THE BEAR STEARNS COMPANIES, INC., a Delaware corporation, | |
| Nominal Defendant | |

---

## MOTION TO ADMIT GEORGE C. AGUILAR *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, David A.P. Brower, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

George C. Aguilar
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

George C. Aguilar is a member in good standing of the Bar of the State of California (#126535). It is my belief that there are no pending disciplinary proceedings against Mr. Aguilar in any State or Federal Court.

Dated: May 7, 2008

Respectfully submitted,

**BROWER PIVEN**
A Professional Corporation

_____
DAVID A.P. BROWER

488 Madison Avenue, Eighth Floor
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*Counsel for Plaintiff Samuel T. Cohen*

ROBBINS UMEDA & FINK, LLP
JEFFREY P. FINK
GEORGE C. AGUILAR
JILL E. KLEMANN
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON
250 West 57th Street, Suite 1316
New York, New York 10107
Telephone: (212) 810-2430
Facsimile: (212) 810-2427

*Counsel for Plaintiff Jerome Birn*

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639                    TELEPHONE: 888-800-3400

May 2, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GEORGE CARLOS AGUILAR, #126535 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SAMUEL T. COHEN and JEROME BIRN, : Civil Action No. 07-cv-10453 (RMB)
On Behalf of Themselves and All Others :
Similarly Situated and Derivatively on Behalf :
of THE BEAR STEARNS COMPANIES, :
INC., :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　　　 :
　　vs. :
　　　　　　　　　　　　　　　　　　 :
JAMES E. CAYNE, SAMUEL L. :
MOLINARO, JEFFREY M. FARBER, :
JEFFREY MAYER, MICHAEL MINIKES, :
ALAN D. SCHWARTZ, WARREN J. :
SPECTOR, HENRY BIENEN, CARL D. :
GLICKMAN, MICHAEL GOLDSTEIN, :
ALAN C. GREENBERG, DONALD J. :
HARRINGTON, FRANK T. NICKELL, :
PAUL A. NOVELLY, FREDERIC V. :
SALERNO, VINCENT TESE, WESLEY S. :
WILLIAMS, JR., :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Defendants, :
　　-and- :
　　　　　　　　　　　　　　　　　　 :
THE BEAR STEARNS COMPANIES, INC., :
a Delaware corporation, :
　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　Nominal Defendant :
　　　　　　　　　　　　　　　　　　 :
---------------------------------------------------------------X

### AFFIDAVIT OF DAVID A.P. BROWER IN SUPPORT OF MOTION TO ADMIT GEORGE C. AGUILAR *PRO HAC VICE*

State of New York　)
　　　　　　　　　) ss:
County of New York )

　　David A.P. Brower, being duly sworn, hereby deposes and says as follows:

1. I am a principle of Brower Piven, A Professional Corporation, counsel for plaintiff Samuel T. Cohen in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the plaintiffs' motion to admit George C. Aguilar as counsel *pro hac vice* to represent plaintiff Jerome Birn in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on July 13, 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known George C. Aguilar since February 8, 2008.

4. George C. Aguilar is a partner with Robbins Umeda & Fink, LLP, in San Diego, California.

5. I have found Mr. Aguilar to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of George C. Aguilar, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of George C. Aguilar, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit George C. Aguilar, *pro hac vice*, to represent plaintiffs in the above-captioned matter, be granted.

DATED: May 7, 2008
    New York, NY

                                              Respectfully submitted,

                                              **BROWER PIVEN**
                                              A Professional Corporation

                                              DAVID A.P. BROWER

                                              488 Madison Avenue, Eighth Floor
                                              New York, New York 10022
                                              Telephone: (212) 501-9000
                                              Facsimile:  (212) 501-0300

                                              *Counsel for Plaintiff Samuel T. Cohen*

SUBSCRIBED TO AND SWORN TO before
me this 7th day of May, 2008.

_____
Notary Public

My Commission expires:

                    CARY SUE SAVITZ
_____ NOTARY PUBLIC, State of New York
                      No. 31-4782189
                  Qualified in New York County
              Commission Expires February 28, 2010

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

SAMUEL T. COHEN and JEROME BIRN, : Civil Action No. 07-cv-10453 (RMB)
On Behalf of Themselves and All Others :
Similarly Situated and Derivatively on Behalf :
of THE BEAR STEARNS COMPANIES, :
INC., :
:
      Plaintiffs, :
:
 vs. :
:
JAMES E. CAYNE, SAMUEL L. :
MOLINARO, JEFFREY M. FARBER, :
JEFFREY MAYER, MICHAEL MINIKES, :
ALAN D. SCHWARTZ, WARREN J. :
SPECTOR, HENRY BIENEN, CARL D. :
GLICKMAN, MICHAEL GOLDSTEIN, :
ALAN C. GREENBERG, DONALD J. :
HARRINGTON, FRANK T. NICKELL, :
PAUL A. NOVELLY, FREDERIC V. :
SALERNO, VINCENT TESE, WESLEY S. :
WILLIAMS, JR., :
:
      Defendants, :
 -and- :
:
THE BEAR STEARNS COMPANIES, INC., :
a Delaware corporation, :
:
      Nominal Defendant :
:
---------------------------------------- X

**ORDER FOR ADMISSION *PRO HAC VICE* OF
GEORGE C. AGUILAR ON WRITTEN MOTION**

  Upon the motion of David A.P. Brower, attorney for plaintiff Samuel T. Cohen and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

George C. Aguilar<br>
Robbins Umeda & Fink, LLP<br>
610 West Ash Street, Suite 1800<br>
San Diego, CA 92101<br>
Telephone: (619) 525-3990<br>
Facsimile: (619) 525-3991<br>
Email address: gaguilar@ruflaw.com

is admitted to practice *pro hac vice* as counsel for Jerome Birn in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: _____, 2008
         New York, NY

                                                                        _____
HONORABLE RICHARD M. BERMAN
United States District Judge

# CERTIFICATE OF SERVICE

I, David A.P. Brower, hereby certify that I caused to be filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

with the Clerk of the Court. All counsel listed below will be served copies of the foregoing documents via the U.S. Postal Service.

Dated: May 7, 2008

Respectfully submitted,

**BROWER PIVEN**
A Professional Corporation

By: /s/ David A.P. Brower
David A.P. Brower
488 Madison Avenue
Eighth Floor
New York, NY 10022
Telephone: (212) 501-9000

*Counsel for Plaintiff Samuel T. Cohen*

Gregory Arthur Markel
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6112

Robert F. Serio
**GIBSON, DUNN & CRUTCHER**
200 Park Avenue
47th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000

*Counsel for Defendants*

Brad Scott Karp
Daniel John Toal
Eric S. Goldstein
Jonathan Hillel Hurwitz
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-2384

*Counsel for Defendants*