UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

SAMUEL T. COHEN and JEROME BIRN, : Civil Action No. 07-cv-10453 (RMB)
On Behalf of Themselves and All Others :
Similarly Situated and Derivatively on Behalf :
of THE BEAR STEARNS COMPANIES, :
INC., :
                       Plaintiffs, :
    vs. :
JAMES E. CAYNE, SAMUEL L. :
MOLINARO, JEFFREY M. FARBER, :
JEFFREY MAYER, MICHAEL MINIKES, :
ALAN D. SCHWARTZ, WARREN J. :
SPECTOR, HENRY BIENEN, CARL D. :
GLICKMAN, MICHAEL GOLDSTEIN, :
ALAN C. GREENBERG, DONALD J. :
HARRINGTON, FRANK T. NICKELL, :
PAUL A. NOVELLY, FREDERIC V. :
SALERNO, VINCENT TESE, WESLEY S. :
WILLIAMS, JR., :
                       Defendants, :
  -and- :
THE BEAR STEARNS COMPANIES, INC., :
a Delaware corporation, :
               Nominal Defendant :

---------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08



RECEIVED
MAY 15 2008

**ORDER FOR ADMISSION *PRO HAC VICE* OF
GEORGE C. AGUILAR ON WRITTEN MOTION**

      Upon the motion of David A.P. Brower, attorney for plaintiff Samuel T. Cohen and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

George C. Aguilar
Robbins Umeda & Fink, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email address: gaguilar@ruflaw.com

is admitted to practice *pro hac vice* as counsel for Jerome Birn in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED: 5/15, 2008
New York, NY

_____
HONORABLE RICHARD M. BERMAN
United States District Judge