UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on Behalf of Themselves and All Others Similarly Situated and Derivatively on Behalf of THE BEAR STEARNS COMPANIES, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　v. <br><br>JAMES E. CAYNE, *et al.*, <br><br>　　　　　　　　Defendants. | **APPEARANCE** <br><br> Case Number: 07-cv-10453 (RWS) |

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for:

　　　　Jeffrey Mayer

　　I certify that I am admitted to practice in this court.


June 2, 2008
Date

　　　　　　　　　　　　　　　　　　　　　/s/ Steven F. Molo
　　　　　　　　　　　　　　　　　　　　Steven F. Molo (SM 1818)
　　　　　　　　　　　　　　　　　　　　Shearman & Sterling LLP
　　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10022-6069
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 848-7456
　　　　　　　　　　　　　　　　　　　　Fax: (212) 848-7179
　　　　　　　　　　　　　　　　　　　　Email: smolo@shearman.com