UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on Behalf of Themselves and All Others Similarly Situated and Derivatively on Behalf of THE BEAR STEARNS COMPANIES, INC., <br><br>           Plaintiff, <br><br>    v. <br><br>JAMES E. CAYNE, *et al.*, <br><br>           Defendants. | **APPEARANCE** <br><br> Case Number: 07-cv-10453 (RWS) |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        Jeffrey Mayer

    I certify that I am admitted to practice in this court.

June 2, 2008
Date

                                                              /s/ Daniel H.R. Laguardia
                                                     Daniel H.R. Laguardia (DL 9400)
                                                       Shearman & Sterling LLP
                                                       599 Lexington Avenue
                                                       New York, NY 10022-6069
                                                       Telephone: (212) 848-4731
                                                       Fax: (646) 848-4731
                                                       Email: daniel.laguardia@shearman.com