UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, individually and on behalf of all others similarly situated and derivatively on behalf of THE BEAR STEARNS COMPANIES INC.<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC, *et al.*,<br><br>Defendants. | 07 CV 10453 (RWS) |



**PROPOSED REVISED ORDER**

WHEREAS, Judge Berman entered an order on April 7, 2008 granting plaintiffs leave to file and serve the Second Amended Complaint (the "SAC") in the above captioned action (the "Action") on or before April 10, 2008 and requiring defendants to file and serve a motion to dismiss the SAC no later than sixty (60) days from the filing of the SAC;

WHEREAS, the SAC was served on Defendant The Bear Stearns Companies Inc. ("Bear Stearns") on April 10, 2008, and Bear Stearns' motion to dismiss would have been due June 9, 2008;

WHEREAS, there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the SAC served in the Action;

IT IS HEREBY ORDERED as follows:

1. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the SAC served in the Action until the decisions on motions for consolidation and motions for appointment of lead counsel and lead plaintiff in *Eastside Holdings Inc., No. 08 Civ.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```

2793; *Becher*, No. 08 Civ. 2866; and *Greek Orthodox Archdiocese Foundation*, No. 08 Civ. 3013 (the "Related Actions"); and

    2. Any response to the SAC shall be coordinated with responses to the operative complaints in the Related Actions.

_____
U.S.D.J.  6-12-08