UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN and JEROME BIRN, on Behalf of Themselves and All Others Similarly Situated and Derivatively on Behalf of THE BEAR STEARNS COMPANIES, INC., <br><br>                                  Plaintiff, <br><br>              v. <br><br> JAMES E. CAYNE, *et al.*, <br><br>                                  Defendants. | No. 07-cv-10453 (RWS) |

## SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC.

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby states that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation with no corporate parent.  No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:   /s/ Brad S. Karp
             Brad S. Karp

        1285 Avenue of the Americas
        New York, New York 10019-6064
        Tel:   (212) 373-3000
        Fax:   (212) 757-3990
        Email:  bkarp@paulweiss.com

        Gregory Arthur Markel
        CADWALADER, WICKERSHAM & TAFT LLP
        One World Financial Center
        New York, NY 10281
        Tel:   (212) 504-6112
        Fax:   (212) 504-6666
        Email: greg.markel@cwt.com

        *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Leana Loncarevic, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On June 13, 2008, I served a true copy of the foregoing: SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC. on the following:

>Randy M. Mastro
>Gibson, Dunn & Crutcher LLP
>200 Park Avenue
>New York, NY 10166

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Leana Loncarevic

Sworn to before me this
13th day of June, 2008

_____
Notary Public

KATHRYN H. BODKIN
Notary Public, State of New York
No. 02BO6160616
Qualified in New York County
Commission Expires February 12, 2011