UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL T. COHEN  and JEROME BIRN, on Behalf of Themselves and All Others Similarly Situated and Derivatively on Behalf of THE BEAR STEARNS COMPANIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES E. CAYNE, *et al.*, <br><br> Defendants. | No. 07-cv-10453 (RWS) <br><br> ECF Case |

### DEFENDANTS' RESPONSE TO PLAINTIFFS SAMUEL COHEN AND JEROME BIRN'S MOTION TO APPOINT COUNSEL IN THE DERIVATIVE ACTION

Defendants respectfully submit this response to the motion by plaintiffs Samuel Cohen and Jerome Birn to appoint Brower Piven, A Professional Corporation, and Robbins Umeda & Fink LLP as co-lead counsel in the above-captioned action (the "Motion").

While defendants take no position at this stage on the question of which law firm is the most appropriate candidate for appointment as lead counsel of this and the other pending Bear Stearns-related actions before this Court, defendants submit this response to certain of plaintiffs' arguments in the Motion, including those concerning consolidation of *Cohen* with the other pending lawsuits, to which defendants have already responded by letter.  *See* Def. Ltr., dated June 6, 2008; Def. Ltr., dated June 10, 2008.

*First*, we note as an initial matter that plaintiffs lost standing to assert their derivative claims when Bear Stearns merged with JPMorgan Chase & Co. and plaintiffs ceased to be shareholders of Bear Stearns.  Def. Ltr., dated May 30, 2008, at 1-2; *see*

*Fischer* v. *CF & I Steel Corp.*, 599 F. Supp. 340, 346-47 (S.D.N.Y. 1984); *Friedman* v.

*Mohasco Corp.*, 929 F.2d 77, 79 (2d Cir. 1991); *Lewis* v. *Anderson*, 477 A.2d 1040, 1046

(Del. 1984). We intend to file a motion to dismiss the derivative claims on these and

other grounds on the schedule set by the Court. In effect, all that remains of *Cohen* is the

purported class action claim, which should be consolidated with the other related putative

class actions pending in this District. Thus, there is no need for the Court to appoint

separate lead counsel for the *Cohen* derivative claims.

      *Second*, plaintiffs' argument that the PSLRA does not apply to derivative

claims misses the point. As we demonstrated in our letters, courts have not hesitated to

consolidate derivative and class action claims alleging common questions of law or fact.

*See* Def. Ltr., dated June 10, 2008, at 3-4; *Glauser* v. *EVCI Center Colleges Holding*

*Corp.*, 236 F.R.D. 184, 186 (S.D.N.Y. 2006); *Baughman* v. *Pall Corp.*, No. 07-CV-3359

(JS) (ARL), 2008 WL 2244979, at \*2 (E.D.N.Y. 2008); *In re First Investors Corp. Sec.*

*Litig.*, No. 90-CV-7270 (MJL), 1993 WL 535009, at \*1 (S.D.N.Y. Dec. 22, 1993);

*Ruggiero* v. *Am. Bioculture, Inc.*, 56 F.R.D. 93 (S.D.N.Y. 1972). Given the similarities

between *Cohen* and the other related Bear Stearns actions, consolidation for pre-trial

purposes at a minimum will prevent inefficiencies and duplicative discovery and preserve

judicial resources.

**Conclusion**

While defendants take no position at this stage on the various requests for appointment of lead plaintiff and lead counsel, they maintain that: (1) appointment of lead counsel for the derivative claims is unnecessary because plaintiffs have lost standing to assert such claims; and (2) *Cohen* should be consolidated with the putative securities actions, at least for pre-trial purposes.

Dated: June 27, 2008
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP


By:   /s/ Eric S. Goldstein
     Brad S. Karp (bkarp@paulweiss.com)
     Eric S. Goldstein (egoldstein@paulweiss.com)
     Daniel J. Toal (dtoal@paulweiss.com)
     Jonathan Hurwitz (jhurwitz@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
Tel.   (212) 373-3000
Fax   (212) 757-3980

CADWALADER, WICKERSHAM & TAFT LLP
Gregory A. Markel
Ronit Setton
One World Financial Center
New York, NY 10281
Tel.   (212) 504-6000
Fax   (212) 504-6666

*Attorneys for Defendant The Bear Stearns Companies Inc. and
Michael Minikes*

KRAMER LEVIN NAFTALIS & FRANKEL LLP


By:     /s/ David S. Frankel
          Barry H. Berke (bberke@kramerlevin.com)
          David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York  10036
Tel.    (212) 715-9100
Fax    (212) 715-8000

*Attorneys for Defendant James E. Cayne*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


By:     /s/ Jay B. Kasner
          Jay B. Kasner (jay.kasner@skadden.com)
          Susan Leslie Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York  10036-6522
Tel.    (212) 735-3000
Fax    (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP


By:     /s/ Michael Chepiga
          Michael Chepiga (mchepiga@stblaw.com)

425 Lexington Avenue
New York, New York  10017
Tel.    (212) 455-2000
Fax    (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

4

SCHULTE ROTH & ZABEL LLP


By:　　/s/ Alan R. Glickman　　　　　　　　
　　　　　Alan R. Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York　10022
Tel.　(212) 756-2000
Fax　(212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*


WACHTELL, LIPTON, ROSEN & KATZ


By:　　/s/ Lawrence B. Pedowitz　　　　　　　
　　　　Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
　　　　David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York　10019
Tel.　(212) 403-1000
Fax　(212) 403-2000

*Attorneys for Defendant Warren J. Spector*


WILLKIE FARR & GALLAGHER LLP


By:　　/s/ Michael R. Young　　　　　　　　
　　　　Michael R. Young (myoung@willkie.com)
　　　　Antonio Yanez, Jr. (ayanez@willkie.com)

787 Seventh Avenue
New York, New York　10019-6099
Tel.　(212) 728-8000
Fax　(212) 728-8111

*Attorneys for Defendant Jeffrey M. Farber*

SHEARMAN & STERLING LLP


By:   /s/ Steven F. Molo
          Steven F. Molo (smolo@shearman.com)

599 Lexington Avenue
New York, New York  10022
Tel.   (212) 848-4000
Fax   (646) 848-7456

*Attorneys for Defendant Jeffrey Mayer*


GIBSON, DUNN & CRUTCHER LLP


By:   /s/ Randy M. Mastro
          Randy M. Mastro (rmastro@gibsondunn.com)
          Robert F. Serio (rserio@gibsondunn.com)

200 Park Avenue
New York, New York  10166
Tel.   (212) 351-4000
Fax   (212) 351-4035

*Attorneys for Defendants Henry Bienen, Carl D. Glickman,*
*Michael Goldstein, Donald J. Harrington, Frank T. Nickell,*
*Paul A. Novelly, Frederic V. Salerno, Vincent Tese, and*
*Wesley S. Williams, Jr.*


Filed on behalf of The Bear Stearns Companies Inc., James E. Cayne, Alan D. Schwartz, Samuel L. Molinaro, Jr., Alan C. Greenberg, Warren J. Spector, Jeffrey M. Farber, Jeffrey Mayer, Michael Minikes, Henry Bienen, Carl D. Glickman, Michael Goldstein, Donald J. Harrington, Frank T. Nickell, Paul A. Novelly, Frederic V. Salerno, Vincent Tese, and Wesley S. Williams, Jr. upon consent.

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                             ) s.s.:
COUNTY OF NEW YORK  )

Ella A. Capone, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2.  On June 27, 2008, I personally served true copies of the foregoing: DEFENDANTS' RESPONSE TO PLAINTIFFS SAMUEL COHEN AND JEROME BIRN'S MOTION TO APPOINT COUNSEL IN THE DERIVATIVE ACTION on the individuals listed in the attached service list.

3. I made such service by personally enclosing true copies of the aforementioned document in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Ella A. Capone

Sworn to before me this
27th day of June, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008

## SERVICE LIST

Darren J. Robbins
Coughlin Stoia Geller Rudman
    & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Debbie R. Gross
The Law Office of Bernard M. Gross
100 Penn Square East, Suite 450
Philadelphia, PA 19107

Jeffrey Craig Block
Berman Devalerio Pease Tabacco
    Burt & Pucillo
One Liberty Square, 8th Floor
Boston, MA 02109

Joseph R. Seidman
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY 10016

Michael Douglas Mosher
Law Firm of Michael D. Mosher
The Lovett Building
50 North Main Street
Paris, TX 75460

Daniel W. Krasner
Wolf Haldenstein Adler Freeman
    & Herz LLP
270 Madison Avenue
New York, NY 10016

Gerald Harlan Silk
Bernstein Litowitz Berger &
    Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

James W. Johnson
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005

Jack Gerald Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

William Bernard Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73102