UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

IN RE BEAR STEARNS COMPANIES, INC.        08 MDL 1963
SECURITIES, DERIVATIVE, AND ERISA
LITIGATION                                OPINION

This Document Relates To:

    Derivative Action, 07 Civ. 10453

---------------------------------------X

**SWEET, D.J.**

    Derivative Plaintiff Samuel T. Cohen's motion for reconsideration, dated February 9, 2011, will be heard on submission, without oral argument, on Wednesday, April 6, 2011. All motion papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**February** */,* **, 2011**
                                        ROBERT W. SWEET
                                             U.S.D.J.

1

