```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE BEAR STEARNS COMPANIES, INC.
SECURITIES, DERIVATIVE, AND ERISA
LITIGATION

08 MDL 1963 (RWS)

This Document Relates To:

**CORRECTED JUDGMENT**

Derivative Action, 07 Civ. 10453
------------------------------------------------------------X

Plaintiff Samuel T. Cohen ("Plaintiff") having moved for reconsideration of the Court's January 19, 2011 opinion (the "Opinion"), which dismissed Plaintiff's Verified Third Amended Shareholder Derivative and Class Complaint ("TAC"), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on September 6, 2011, having rendered its Opinion denying Plaintiff's Cohen motion for reconsideration, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated September 6, 2011, Plaintiff Cohen's motion for reconsideration is denied; accordingly, the case is closed.

Dated: New York, New York
       October 6, 2011

RUBY J. KRAJICK

Clerk of Court

BY: _____

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____