```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-14-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────
IN RE BEAR STEARNS COMPANIES, INC.
SECURITES, DERIVATIVE, AND ERISA
LITIGATION

Master File No:
M.D.L. No. 1963 (RWS)

This Document Relates To: Securities Action,
08 Civ. 2793 (RWS), Derivative Action, 07
Civ. 10453 (RWS)
───────────────────────────────/

## MOTION OF FORIZS & DOGALI, P.A. TO REMOVE JOEL J. EWUSIAK AS COUNSEL OF RECORD

COMES NOW, Forizs & Dogali, P.A., on behalf of itself, and hereby moves this Honorable Court to remove the name of Joel J. Ewusiak, Esq. from this matter as counsel of record for FREDERICK SCHWARTZ. Mr. Ewusiak is no longer practicing with Forizs & Dogali, P.A. and is consequently no longer performing services in connection with this matter. The law firm of Forizs & Dogali, P.A., and specifically Andy Dogali will continue to handle this litigation on behalf of MR. SCHWARTZ so that Mr. Ewusiak's involvement in this matter is no longer necessary. Forizs & Dogali, P.A., on behalf of itself, respectfully requests that Mr. Ewusiak's name be removed as counsel of record in this matter and that he receive no further electronic notifications through the CM/ECF system.

Dated: January 5, 2012

*So ordered/*
*[signature] / USDJ*
*9/14/12*

**FORIZS & DOGALI, P.A.**

　　**s/ Andy Dogali**
Andy Dogali
Fla. Bar No.: 0615862
adogali@forizs-dogali.com
4301 Anchor Plaza Parkway, Suite 300
Tampa, FL 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435
*Attorney for Frederick Schwartz*